IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LAUREL ROXANNE JONES,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Civ. No. 3:15-cv-00230-BR<br><br>ORDER TO PAY EAJA FEES |

Brown, Judge:

Based on the stipulation of the parties, and pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, $10,757.85 is awarded to Plaintiff in care of her attorney, Nancy J. Meserow, and the check for EAJA fees shall be made payable to Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney Nancy J. Meserow, after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010); and in addition, Plaintiff is awarded $9.00 in postage costs pursuant to 28 U.S.C. § 2412 and $6.00 in photocopying costs pursuant to

28 U.S.C. § 1920, also payable after the satisfaction of Plaintiff's debts, if any, under

*Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). Any check for costs and expenses shall be

made payable to Nancy J. Meserow; and any checks issued for both costs and EAJA

fees shall be mailed to Plaintiff's counsel, Nancy J. Meserow, at her office:

Law Office of Nancy J. Meserow:
7540 S.W. 51st Ave.
Portland, OR
97219


IT IS SO ORDERED.

DATED this 11th day of May, 2016.


_____
Anna Brown,
United States District Court Judge