Nancy J. Meserow, OSB# 820895
njm@meserowlaw.com
Law Office of Nancy J. Meserow
7540 S.W. 51st Ave.
Portland, Oregon 97219
Ph. 503-560-6788   Fax 503-954-1517
Plaintiff's Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LAUREL ROXANNE JONES, | CV# 3:15-CV-00230-BR |
| Plaintiff, | |
| v. | ORDER FOR ATTORNEY FEES UNDER 42 U.S.C § 406(B) |
| CAROLYN W. COLVIN, COMMISSIONER SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to U.S.C. § 406(b), reasonable fees in the amount of $15,416.50 are hereby awarded to Plaintiff's attorney, Nancy J. Meserow. Previously this Court awarded Plaintiff EAJA fees in the amount of $10,757.85, to be paid to Plaintiff's attorney, Ms. Meserow, pursuant to the Equal Access to Justice Act (EAJA), 28 USC 2412 (d). When issuing the 406(b) fee check to Ms. Meserow, the Agency is therefore directed to subtract the amount paid as EAJA fees, and send to Ms. Meserow the balance remaining of the $15,416.50 attorney fees hereby ordered, by check payable to Ms. Meserow. Any withheld amount then remaining from Plaintiff's awarded benefits should be released to Plaintiff by Defendant as soon as practicable.

IT IS SO ORDERED this ____9th____ day of ___June___, 2016.

_____
ANNA BROWN, U.S. DISTRICT JUDGE